[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

JUL 17 2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

BRUCE LEE LUA MORALES

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.  Case No: 23 C 1420
(To be supplied by the Clerk of this Court)

CORRECTIONAL OFFICER HERNANDEZ,
JAIL SARGENTS; SZUL, PLANT, OBRACKA, CHAVEZ,
CORRECTIONAL OFICERS; ROGE, ROEL, CAVIN, CROWN
SOSA, DAVID, HASIN, HESSEN,
JAIL INMATES; CARL, HULL, JERRY STARKS, CARL
J~J, WOODY, EDY,

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**         **AMENDED COMPLAINT**

☒  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
    **U.S. Code** (state, county, or municipal defendants)

___  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
     **28 SECTION 1331 U.S. Code** (federal defendants)

___  **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**
   A. Name: BRUCE LUA
   B. List all aliases: NONE
   C. Prisoner identification number: 20210518139
   D. Place of present confinement: COOK COUNTY JAIL
   E. Address: 2700 S. CALIFORNIA AVE.

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: HERNANDEZ
      Title: CORRECTIONAL OFFICER
      Place of Employment: COOK COUNTY JAIL.

   B. Defendant: ~~JAIL SGT~~ SHUL
      Title: JAIL SARGENT
      Place of Employment: COOK COUNTY JAIL

   C. Defendant: ROEL
      Title: CORRECTIONAL OFFICER
      Place of Employment: COOK COUNTY JAIL.

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

TURN BACK →

2    Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

D. DEFENDANT → OZGA

TITLE → INMATE OF COOK COUNTY JAIL.
PLACE OF EMPLOYMENT → COOK COUNTY JAIL.

E. DEFENDAT → PLANT

TITLE → JAIL SARGENT
PLACE OF EMPLOYMENT → COOK COUNTY JAIL

F. DEFENDANT → OBRACKA
TITLE → JAIL SARGENT
PLACE OF EMPLOYMENT → COOK COUNTY JAIL.

G. DEFENDANT → CHAVEZ
TITLE → JAIL SARGENT
PLACE OF EMPLOYMENT → COOK COUNTY JAIL.

H. DEFENDANT → ROGE
TITLE → CORRECTIONAL OFICER.
PLACE OF EMPLOYMENT → COOK COUNTY JAIL.

I. DEFENDAT → HULL
TITLE → INMATE OF COOK COUNTY JAIL
PLACE OF EMPLOYMENT → COOK COUNTY JAIL.

J. DEFENDANT → JERRY STARKS
TITLE → INMATE OF COOK COUNTY JAIL.
PLACE OF EMPLOYMENT → COOK COUNTY JAIL.

**NOTE:** CHECK ALL GRIEVANCES ¿ WHY I HAVE TO DO YOUR JOB. I AM IN JAIL. LOCKED UP. YOU ARE MOBILE BUT THA, WORKING FOR THE CRIMINALS. I AM JUST LETTING YOU ALL KNOW OF WHY'S OF YOUR TERMINATION.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _NONE_

B. Approximate date of filing lawsuit: _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _NONE_

D. List all defendants: _NONE_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _NONE_

F. Name of judge to whom case was assigned: _NONE_

G. Basic claim made: _NONE_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _NONE_

I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

### IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I STATED I AM AN WAS WRONGFULLY ENCARCELATED BECAUSE IS THE TRUTH. THE NAME OF THE OFFICERS I DO NOT KNOW THEM FOR I WAS 1/2 DEAD ON MY ARRIVAL TO COOK COUNTY JAIL. YOU ALL READY KNOW OF THIS. AN I HAD TOLD YOU I WAS SHOTED BY A SNIPPER RIFFLE ON MY LOWER RIGHT LEG. BADLY ENGULED AND THEY HAD PUT ME ON DIV 8. 3N WITH A PEDOOPHILE, SEX OFFENDER CARL. I SAID MANY TIMES TO CORRECTIONAL OFFICER HERNANDEZ. THA IS, ALL HE HAS ON HES NAME TAG HERNANDEZ. THA, I NEEDED A GRIEVANCE FORM AN TO BE MOVE FROM THERE. FOR I WAS BEEN BULLY, HARRASS AND ASK TO HAVE SEX WITH INMATE CARL WHO STATED. I CAN GO BOTH WAYS EITHER YOU FUCK ME OR I FUCK YOU. THIS WAS SINCE MAY 15 2021 TRU JUNE 6 2,021. WHEN WE ALMOST FOUGHT. ON JUNE 8 2,021 CORRECTIONAL OFFICER HASAN FAILED TO OBEY JUDGE JUDITH COURT ORDER OF LETTING ME FREE. WHILE THE NURSES WICH THEIR NAME TAGS ARE COVERED. REFUSE TO GIVE ME PAIN MEDECINE. ¿HOW MANY MORE DEADS DO YOU WANT? ¿HOW MANY TIMES DO I HAVE TO TELL YOU I AM ON JAIL?

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

QUITE IF YOU DO NOT WANT TO DO YOUR JOB. I DON'T EVEN HAVE MONEY FOR A PEN. NOR THE SOCIAL WORKER

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

MISS. MITCHAELL IS DOING HER DUTIES OF GIVEN ME A WRITE-OUT = STAMPED ENVOLOPE NOR A PEN. AND YOU ALL WITH YOUR PAPER WORK OF TRICKERY. NOT LAW AT ALL. THE GRIEVANCES ARE HERE ON 2700 S. CALIFORNIA AVE. CHICAGO ILLINOIS ZIP CODE 60608. I HAD SEND YOU SOME ALL READY WITH NAMES. SO YOU UNDERSTAND. COMPREEND. PA QUE ENTIENDAN IS

BRUCE LEE LUA MORALES

Vs

ALL COOK COUNTY JAIL.

BRUCE LEE LUA MORALES

Vs

THE WROLD WHO IS SPOIL.

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.  Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

CLOSE COOK COUNTY JAIL. AN ALL JAICS AN PENETENTUARIES. COMPENSADE ALL OF US. WE BORN TO BE FREE TO LIVE OR DIE.

**VI.**  The plaintiff demands that the case be tried by a jury.  ☒ YES  ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 27 day of JUNE, 2023

Bruce Lua
(Signature of plaintiff or plaintiffs)

BRUCE LUA
(Print name)

2022 0518139
(I.D. Number)

2700 S. CALIFORNIA AVE.
CHICAGO ILLINOIS 60608
(Address)

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Bruce Lee Lua Morales (2021-0518139), | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 23 C 1420 |
| v. | ) | |
| Cook County Jail, | ) | Hon. Elaine E. Bucklo |
| | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff's revised application for leave to proceed *in forma pauperis* [11] is granted. The trust fund officer at Plaintiff's place of incarceration is authorized to deduct $12.00 from Plaintiff's account as the initial partial payment of the filing fee and to continue making deductions in accordance with this order as set forth below. The Court directs the Clerk to: (1) send a copy of this order of the trust fund officer at the facility having custody of Plaintiff (electronically if possible) and to the Court's Fiscal Department. Summons, however, will not issue. Plaintiff's complaint [1] is dismissed without prejudice because it fails to state a claim. Plaintiff is granted until July 30, 2023, to submit: (1) an amended complaint as detailed in this order, if he can do so consistent with Fed. R. Civ. P. 11; and (2) a completed USM-285 (Marshals service) form for each Defendant named in the amended complaint. Failure to submit the foregoing items by that date or to state a cognizable federal claim in any amended complaint will result in dismissal of this case. Plaintiff is advised that he must promptly submit a change-of address notification if he is released or transferred. If he fails to do so, this action will be subject to dismissal. The Clerk is directed to send a copy of this order to Plaintiff, along with an amended civil rights complaint form, and one blank USM-285 (Marshals Service) form. Plaintiff's motion for attorney assistance [5] is denied without prejudice to renewal later in the case.

## STATEMENT

Plaintiff Bruce Lee Lua Morales, a Cook County Jail pretrial detainee, brings this *pro se* action pursuant to 42 U.S.C. § 1983 based on events at the Cook County Jail. Currently before the Court are Plaintiff's application for leave to proceed *in forma pauperis*, his complaint for initial review, and his motion for attorney assistance.

Plaintiff's application for leave to proceed *in forma pauperis* demonstrates that he cannot prepay the filing fee. Accordingly, his application is granted. Pursuant to 28 U.S.C. § 1915(b)(1), (2), the Court orders: (1) Plaintiff to immediately pay (and the facility having custody of him to automatically remit) $12.00 to the Clerk of Court for payment of the initial partial filing fee, and (2) Plaintiff to pay (and the facility having custody of him to automatically remit) to the Clerk of Court twenty percent of the money he receives for each calendar month during which he receives $10.00 or more, until the $350 filing fee is paid in full. The Court directs the Clerk of Court to ensure that a copy of this order is mailed to each facility where Plaintiff is housed until the filing fee has been paid in full.

BRUCE LUA
20210518139
DIV.~9~3D~3386~
COOK COUNTY JAIL
2700 S. CALIFORNIA AVE.
CHICAGO ILLINOIS
ZIP CODE 60608

07/17/2023-3

TO: PRISIONER CORRESPONDENCE
CLERK'S OFFICE
U.S. DISTRICT COURT
219 S. DEARBORN STREET
20TH FLOOR
CHICAGO, IL 60604