### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Bruce Lee Lua Morales (2021-0518139), | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 23 C 1420 |
| v. | ) | |
| Cook County Jail, | ) | Hon. Elaine E. Bucklo |
| | ) | |
| Defendant. | ) | |

### **ORDER**

    By order dated September 12, 2023, the Court directed Plaintiff to submit a second amended complaint by November 1, 2023, if he wanted to proceed with this suit [24]. While Plaintiff submitted statements [25] [26] and correspondence [27] [28], he did not comply with the order of September 12, 2023. The Court notes that none of the materials submitted by Plaintiff can be construed as a second amended complaint, and none contain a short and plain statement of a plausible claim. Accordingly, the Court dismisses this action without prejudice pursuant to Federal Rule of Civil Procedure 41(b). *See Fed. Election Comm'n v. Al Salvi for Senate Comm.*, 205 F.3d 1015, 1018 (7th Cir. 2000) (court has authority both inherently and under Rule 41(b) to dismiss case as sanction for failure to prosecute and noncompliance with court order). The Court also dismisses this case for failure to state a claim. *See Paul v. Marberry*, 658 F.3d 702, 704-05 (7th Cir. 2011). The Court directs the Clerk to enter a final judgment of dismissal. This case is closed.

Date: November 15, 2023                          /s/ Hon. Elaine E. Bucklo
                                                                United States District Judge